```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 10-60887-CIV-COHN
                          MAGISTRATE JUDGE P. A. WHITE
```

ALVIN BELL,                      :

    Plaintiff,              :

v.                               :          <u>REPORT OF</u>
                                             <u>MAGISTRATE JUDGE</u>
BROWARD SHERIFF'S OFFICE,
et al.,                          :

    Defendants.             :
_____

The <u>pro-se</u> plaintiff, Alvin Bell, filed a civil rights complaint on May 27, 2010, naming Deputy Hepburn and Armor Correctional Health, Inc. This complaint is a duplication of an earlier filed case, No. 10-60846-Civ-Zloch, which is pending in this Court.

It is a waste of judicial resources for there to be two duplicative pending cases.

It is therefore recommended that this higher numbered case, 10-60887-Civ-Cohn be dismissed as duplicative of case no. 10-60846-Civ-Zloch.

It is further recommended that all Orders entered in this case be vacated, upon adoption of this Report. (See DE#4 requesting a fee or motion to proceed <u>in forma pauperis</u>).

Dated this 6th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Alvin Bell, Pro Se
     111000205
     PO Box 9356
     Ft Lauderdale, FL
     Address of Record