UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60887-CIV-COHN/WHITE

ALVIN BELL,

    Plaintiff,

vs.

BROWARD SHERIFF'S OFFICE,
et. al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND DISMISSING CASE

This matter is before the Court on the Report of Magistrate Judge [DE 6] ("Report"). Plaintiff has filed no objections to the Report and the time for filing objections has passed. The Court has carefully reviewed the Report and is otherwise fully advised in the premises.

The Report reveals that this case is duplicative of case no. 10-60846-Civ-Zloch which is pending in this Court. It is a waste of judicial resources for there to be two duplicative pending cases. Accordingly, for the reasons set forth in the Report, it is **ORDERED AND ADJUDGED** as follows:

1. Judge White's Report [DE 6] is **ADOPTED**.
2. All orders in this case are **VACATED**.
3. Plaintiff's Complaint [DE 1] is **DISMISSED**.
4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of July, 2010.

JAMES I. COHN
United States District Judge